# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KYLE MULLER,<br><br>    Defendant. | Case No. 2:23-cr-00015-JCM-VCF<br><br>**ORDER**<br><br>[Docket No. 15] |

Pending before the Court is Defendant John Kyle Muller's motion to appear remotely. Docket No. 15. Defendant's motion asks for permission for Defendant and his counsel Richard K. Kornfeld and Kelly L. Page to appear remotely at Defendant's February 15, 2023, initial appearance and detention hearing. *Id.* at 1. The United States does not oppose Defendant's request. Docket No. 18.

Accordingly, the Court **GRANTS** Defendant's motion to appear remotely. Docket No. 15. Counsel must contact courtroom deputy Ari Caytuero at ari_caytuero@nvd.uscourts.gov for the proceeding's Zoom link.

IT IS SO ORDERED.

Dated: February 10, 2023

                                                                  Nancy J. Koppe<br>
                                                                  United States Magistrate Judge