MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
mlangberg@bhfs.com
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
ewalther@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

RICHARD K. KORNFELD, ESQ. (*pro hac vice pending*)
rick@rklawpc.com
KELLY L. PAGE, ESQ. (*pro hac vice pending*)
**RECHT KORNFELD, P.C.**
1600 Stout Street, Suite 1400
Denver, CO 80202
Phone: 303-573-1900
Fax: 303-446-9400
kelly@rklawpc.com

*Attorneys for Defendant John K. Muller*

### UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN K. MULLER,<br><br>Defendant. | Case No. 2:23-cr-00015-JCM-VCF<br><br>**STIPULATION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT JOHN K. MULLER** |

      Defendant, John K. Muller, by and through undersigned counsel Richard K. Kornfeld and Kelly L. Page of Recht Kornfeld, P.C., and through local counsel Eric D. Walther of Brownstein Hyatt Farber Schreck, LLP, respectfully submit this Stipulation to Substitute Counsel of Record for John K. Muller. In support, counsel state the following:

      1.     Undersigned counsel make this Stipulation to Substitute Counsel of Record pursuant to LR IA 11-6. Mr. Muller has expressed his desire for undersigned counsel to withdraw from this case.  He has retained Greg Goldberg, John Sullivan, and Jon Pearson of Holland & Hart LLP to represent him, all of whom have filed their Notice of Appearance of Counsel, so there will

1. be continuity of counsel for Mr. Muller's defense.

2. Messrs.' Pearson's, Goldberg's and Sullivan's signatures below constitute an express acceptance of all dates set for pretrial proceedings, trial, or hearings, by the discovery plan or any court order. Messrs. Pearson, Goldberg, and Sullivan acknowledge that they will be subject to the Stipulation and Protective Order ("PO") entered in this case on March 1, 2023 (ECF No. 38), and have signed the PO.

3. Mr. Goldberg has been admitted *pro hac vice* to this Court. ECF No. 45. Mr. Sullivan's application and verified petition for permission to practice Pro Hac Vice before the Court is forthcoming.

4. Undersigned counsel assure the Court that this substitution of counsel will not result in delay of discovery, the trial, or any hearing in the case.

Dated:  April 10, 2023

By: */s/ Eric D. Walther*
MITCHELL J. LANGBERG, ESQ.
NV Bar No. 10118
ERIC D. WALTHER, ESQ.
NV Bar No. 13611
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

RICHARD K. KORNFELD, ESQ.
(*admitted pro hac vice*)
KELLY L. PAGE, ESQ.
(*admitted pro hac vice*)
**RECHT KORNFELD, P.C.**
1600 Stout Street, Suite 1400
Denver, CO 80202
*Attorneys for Defendant John Muller*

By: */s/ Jon Pearson*
JON PEARSON, ESQ.
NV Bar N. 10182
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*/s/ Greg Goldberg*
GREG GOLDBERG, ESQ.
HOLLAND & HART LLP
555 17th Street, Suite 3200

Denver, CO 80202
Phone: (303) 295-8000
ggoldberg@hollandhart.com
(*admitted pro hac vice*)

*/s/ John D. Sullivan*
JOHN D. SULLIVAN, ESQ.
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, MT 59101
(406) 896-4633
jdsullivan@hollandhart.com
*(pro hac vice forthcoming)*

Defendant John K. Muller authorizes and consents to the substitution of Greg Goldberg, John Sullivan, and Jon Pearson of Holland & Hart, LLP as attorneys of record in the place and stead of Mitchell Langberg and Eric Walther of Brownstein Hyatt Farber Schreck, LLP, and Richard Kornfeld and Kelly Page of Recht Kornfeld, P.C. in the above-entitled matter.

By: */s/ John K. Muller*
John K. Miller

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-11-2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Brownstein Hyatt Farber Schreck, LLP and pursuant to NRCP 5(b), EDCR 8.05, Administrative Order 14-2, and NEFCR 9, I caused a true and correct copy of the foregoing **STIPULATION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT JOHN K. MULLER** to be submitted electronically to all parties currently on the electronic service list on April 10, 2023.

           *Wendy Cosby*
           an Employee of Brownstein Hyatt Farber Schreck, LLP

21271268_v2